# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL | : | No. 2251 Disciplinary Docket No. 3 |
| | : | |
| v. | : | No. 32 DB 2016 |
| | : | |
| DAVID PAUL JOHNSON | : | Attorney Registration No. 205469 |
| | : | |
| | : | (Berks County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of March, 2016, upon consideration of the Verified Statement of Resignation, David Paul Johnson is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, *see* Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217.  Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).

    Justice Eakin did not participate in the consideration or decision of this matter.